# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NATHAN HALL,

    Petitioner,

v.

RANDY GROUNDS, Warden,

    Respondent.

Case No. CV 10-0410 AG (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 31, 2012

_____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE